John Ackley *v.* Herbert W. Kenyon et al.

Theodore R. Ackley *v.* Herbert W. Kenyon et al.

James A. Batchell et al. *v.* Zoning Commission of the Town of Groton et al.

Leslie E. Horton et al. *v.* Zoning Commission of the Town of Groton et al.

Christopher Mullaney *v.* Zoning Commission of the Town of Groton et al.

It is ordered that the trial court make a limited finding which shall contain the facts found from the contents of the exhibits, the conclusions reached from the facts found or stipulated to and the claims of law made at the trial together with the rulings thereon. It is also ordered that the following be made a part of the record on appeal and be printed in the printed record: (1) the stipulation of facts; (2) the memorandum of decision by *Longo, J.,* in *Guido Frattali et al.* v. *John Ackley et al.,* No. 15508, and *Town of Groton et al.* v. *Theodore R. Ackley et al.,* No. 15348, Court of Common Pleas, New London County; and (3) the judgment file in those cases.

*Howard J. Maxwell,* with whom was *W. Harmon Leete,* for the appellants (plaintiffs).

*John C. Dennis,* for the appellees (defendants).

Argued May 14—decided May 28, 1963

State of Connecticut *v.* Michael S. Amara

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Arthur L. Spada,* in support of the petition.

Submitted December 24, 1962—decided May 28, 1963